(October 29, 1970)

MICHAEL A. RECCHIO, Respondent, v. MANUFACTURERS AND TRADERS TRUST COMPANY, Appellant.—

Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ. [55 Misc 2d 788.]